MORGAN, LEWIS & BOCKIUS LLP
Joseph Duffy (State Bar No. 241854)
joseph.duffy@morganlewis.com
Taylor C. Day (State Bar No. (267435)
taylor.day@morganlewis.com
Brianna R. Howard (State Bar No. 314642)
brianna.howard@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel: 213-612-2500  Fax: 213-612-2501

Attorneys for Defendant AMAZON.COM, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRICKEY JACKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 3:20-cv-02365-WQH-BGS<br><br>**DEFENDANT AMAZON.COM, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION, DISMISS, OR, IN THE ALTERNATIVE, TO STAY**<br><br>Hearing Date: March 1, 2021<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT<br><br>Honorable William Q. Hayes |

**TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on March 1, 2021 (or as soon thereafter as the matter may be heard in Courtroom 14B, 14th Floor, of the above-titled Court), Defendant Amazon.com, Inc. will move the Court compel arbitration and stay or dismiss this action on the ground that Plaintiff Drickey Jackson ("Plaintiff") agreed to arbitrate his disputes with Amazon on an individual basis. Under the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1 *et seq.*, applicable state law, the Court's inherent powers, and Rule 12(b)(6) of the Federal Rules of Civil Procedure, Plaintiff must arbitrate his claims on an individual basis and the Court should stay or dismiss this litigation.

If this Court does not compel arbitration, this case should be stayed pending resolution of Amazon's petition for certiorari in *Rittmann v. Amazon.com, Inc.*, No. 20-622 (U.S. Nov. 4, 2020), and if the Supreme Court grants the petition, pending the Court's resolution of the case.

This motion will be based upon this Notice of Motion, the Memorandum of Points and Authorities in support thereof, the Declaration of Prashanth Paramanandan, and exhibits thereto, all served and filed herewith, on the records and files herein, and on such evidence and argument as may be presented at the time of the hearing on the motion.

Dated: January 28, 2021

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Joseph Duffy
Joseph Duffy
Attorneys for Defendant
Amazon.com, Inc.