BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
Neal J. Deckant (State Bar No. 322946)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
       ndeckant@bursor.com

MORGAN, LEWIS & BOCKIUS LLP
Joseph Duffy (State Bar No. 241854)
joseph.duffy@morganlewis.com
Taylor C. Day (State Bar No. (267435)
taylor.day@morganlewis.com
Brianna R. Howard (State Bar No. 314642)
brianna.howard@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel: 213-612-2500  Fax: 213-612-2501

Attorneys for Defendant AMAZON.COM, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRICKEY JACKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 3:20-cv-02365-WQH-BGS<br><br>**JOINT MOTION TO MODIFY BRIEFING SCHEDULE ON DEFENDANT AMAZON.COM, INC.'S RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>*[(Proposed) Order filed concurrently herewith]*<br><br>Complaint Filed: Dec. 4, 2020<br>FAC Filed: February 19, 2021<br>Current Response Date: March 5, 2021<br>*Proposed* New Response Date: March 16, 2021<br><br>Honorable William Q. Hayes |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

JOINT MOTION TO MODIFY
BRIEFING SCHEDULE
3:20-CV-02365-WQH-BGS

Plaintiff Drickey Jackson ("Plaintiff") and Defendant Amazon.com, Inc. ("Amazon") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on December 4, 2020, Plaintiff filed a Class Action Complaint in the United States District Court of the Southern District of California, *Drickey Jackson, individually and on behalf of all others similarly situated v. Amazon.com, Inc.*, Case No. 3:20-cv-02365-WQH-BGS (the "Complaint") (Dkt. 1);

WHEREAS, the Parties previously stipulated to extend Amazon's time to respond to the original Complaint to January 28, 2021 (Dkt. 3), which the Court granted on December 22, 2020 (Dkt. 5);

WHEREAS, on January 28, 2021, Amazon filed its Motion to Compel Arbitration, Dismiss, or in the Alternative, to Stay ("Motion to Compel") (Dkt. 7);

WHEREAS, on February 19, 2021, Plaintiff filed a First Amended Complaint (the "FAC") (Dkt. 11);

WHEREAS, pursuant to Federal Rules of Civil Procedure Rule 12(a)(1)(A)(i), the current deadline for Amazon to respond to Plaintiff's FAC is March 5, 2021;

WHEREAS, on February 26, 2021, Plaintiff filed an Opposition to Amazon's Motion to Compel Arbitration (Dkt. 12);

WHEREAS, the Parties agree that Amazon's Motion to Compel is now moot following the filing of Plaintiff's operative FAC;

WHEREAS, the Parties have agreed to an eleven (11) day extension of time, up to and including March 16, 2021, for Amazon to respond to Plaintiff's FAC;

WHEREAS, the Parties have further agreed to a thirteen (13) day extension of time, up to and including April 12, 2021, for Plaintiff to file an Opposition;

WHEREAS, the Parties have further agreed to a seven (7) day extension of time, up to and including April 26, 2021, for Amazon to file a Reply;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

JOINT MOTION TO MODIFY
BRIEFING SCHEDULE
3:20-CV-02365-WQH-BGS

WHEREAS, no discovery cut-off date, pretrial conference date, or trial date has been set;

WHEREAS, the Parties are entering into this stipulation in good faith and not for purposes of delay; and

WHEREAS, the Parties agree that no prejudice will result if the Court enters an Order on this Stipulation.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties' respective counsel, as follows:

1. The filing of Plaintiff's FAC moots Amazon's pending Motion to Compel;

2. Amazon shall have until March 16, 2021, to respond to Plaintiff's FAC;

3. Plaintiff shall have until April 12, 2021, to file any Opposition to Amazon's response;

4. Amazon shall have until April 26, 2021, to file a Reply; and

5. The hearing on Amazon's responsive pleading shall be noticed for May 10, 2021, if that date is available for the Court.

IT IS SO STIPULATED.

Dated: March 5, 2021          BURSOR & FISHER, P.A.

By /s/ Neal J. Deckant
Neal J. Deckant
Attorneys for Plaintiff
Drickey Jackson

Dated: March 5, 2021          MORGAN, LEWIS & BOCKIUS LLP

By /s/ Joseph Duffy
Joseph Duffy
Attorneys for Defendant
Amazon.com, Inc.

## **ATTESTATION**

Pursuant to CASD ECF Policies and Procedures, Section 2(f)(4), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the electronic filing of this document with their signature.

Dated: March 5, 2021                                    MORGAN, LEWIS & BOCKIUS LLP

By /s/ Joseph Duffy
Joseph Duffy
Attorneys for Defendant
Amazon.com, Inc.

Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles

1

JOINT MOTION TO MODIFY
BRIEFING SCHEDULE
3:20-CV-02365-WQH-BGS