UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRICKEY JACKSON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 20-cv-2365-WQH-BGS<br><br>**ORDER** |

HAYES, Judge:

　　Upon consideration of the parties' Joint Motion to Modify Briefing Schedule on Defendant Amazon.com, Inc.'s Response to Plaintiff's First Amended Complaint (ECF No. 13), and good cause appearing,

　　IT IS HEREBY ORDERED as follows:

　　1.　The Motion to Compel Arbitration, Dismiss, or in the Alternative, to Stay filed by Defendant Amazon.com (ECF No. 7) is denied as moot;

　　2.　Amazon.com shall have until March 16, 2021, to respond to the First Amended Complaint;

　　3.　Jackson shall have until April 12, 2021, to file any opposition to Amazon.com's response;

　　4.　Amazon.com shall have until April 26, 2021, to file any reply; and

5. The hearing on Amazon.com's responsive pleading shall be noticed for May 10, 2021. There will be no oral argument unless requested by the Court.

Dated: March 8, 2021

Hon. William Q. Hayes
United States District Court