# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRICKEY JACKSON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>　　　　　　　　　　　Defendant. | Case No.: 20-cv-2365-WQH-BGS<br><br>**ORDER** |

HAYES, Judge:

　　IT IS HEREBY ORDERED that the Stipulation of Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) filed by the Parties (ECF No. 70) is granted. Plaintiff's claims against Defendant are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees and costs.

　　IT IS FURTHER ORDERED that the pending Motion for Judgment on the Pleadings filed by Defendant (ECF No. 67) is denied as moot. The Clerk of Court is directed to close the case.

Dated:  November 8, 2023

　　　　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　　　United States District Court